| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Loomis International, Inc., §
§
     Plaintiff, §
§
versus §    Civil Action H-13-1241
§
Royce G. Binnion, Jr., §
§
     Defendant. §

## Preliminary Injunction

    Loomis International, Inc., moved for a preliminary injunction. Royce G. Binnion, Jr., did not appear to debate the motion because he was incarcerated. He has been charged with theft in excess of $200,000. His lawyers from his bankruptcy and prospective employment discrimination lawsuit declined to appear on his behalf.

    On the application by Loomis, the court finds:

1. Binnion worked as director of field sales at Loomis from July of 2012 until December of 2012. In the event that he left the company, he had agreed that he would not compete with Loomis, disclose its confidential information, or solicit its customers for two years.

2. In December, Loomis fired him because he was having an interoffice affair and he had not met his sales quotas for the Fall of 2012.

3. After being fired, he deleted all of the data off his company telephone. He also began working for a competitor, LOR Consulting. In February of 2012 at LOR, Binnion had Loomis's client – EOG Resources, Inc. – redirect its work to one of its competitors.

4. Because Binnion rashly disregarded his employment contracts and destroyed company property, a preliminary injunction is needed.

5. Loomis may suffer irreparable injury without a preliminary injunction because diverted business is difficult – if not impossible – to recover, as is information made public.

## Order

6. Binnion may not:
    A. Use, disclose, or acquire Loomis's confidential information.
    B. Service, solicit, or accept business from Loomis's customers.
    C. Work for Loomis's competitors on matters in Texas, Louisiana, or Mississippi.

7. When this order says Binnion, it also covers companies, agents, attorneys, employees, and others acting on his behalf.

8. This compulsion begins at noon, June 25, 2013, and continues until this court says otherwise.

9. By June 28, 2013, Loomis must post a bond of $1,000.

Signed on June 25, 2013, at 12:10 p.m., Houston, Texas.

Lynn N. Hughes
United States District Judge